IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER CHAMBERS,
    Petitioner,

vs.                                          4:08cv374/SPM/MD

WALTER A. MCNEIL,
    Respondent.

## O R D E R

This cause is before the court upon respondent's answer to petition for writ of habeas corpus (doc. 16). Before the court rules on this matter, the petitioner shall have an opportunity to reply.

Accordingly, it is ORDERED:

Petitioner shall have thirty (30) days from the date of this order in which to reply to the answer filed by respondent.

DONE AND ORDERED this 26th day of February, 2009.

/s/ *Miles Davis*
    MILES DAVIS
    UNITED STATES MAGISTRATE JUDGE