IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER CHAMBERS,

    Petitioner,

v.                                      CASE NO. 4:08cv374-SPM/MD

WALTER A. MCNEIL,

    Respondent.
_____/

**ORDER**

THIS CAUSE comes for consideration upon the magistrate judge's report and recommendation. Doc. 36. Petitioner has been furnished a copy and has filed objections pursuant to Title 28, United States Code, Section 636(b)(1). Doc. 38. Despite the objections, I have determined that the report and recommendation is correct and should be adopted.

The petition is untimely and there is no valid basis for equitable tolling of the limitations period. The resolution of this case is not debatable and the issues do not deserve encouragement to appeal. Accordingly, it is

ORDERED AND ADJUDGED:

1.     The magistrate judge's report and recommendation (doc. 36) is ADOPTED and incorporated by reference in this order.

2.  The 28 U.S.C. § 2254 petition for writ of habeas corpus, challenging the conviction and sentence in State of Florida v. Christopher Chambers, in the Circuit Court of Leon County, Florida, case numbers 2001-CF-3606 and 2002-CF-129, is dismissed with prejudice as time barred.

3.  The Court will not issue a certificate of appealability.

DONE AND ORDERED this 1st day of March, 2010.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge